UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
H.P.,

                    Plaintiff,                           24 CV 08655 (KMK)

    -v-
                                                        CALENDAR NOTICE

Monticello Central School District,

                    Defendant.
-------------------------------------------------------X
KENNETH M. KARAS, District Judge:


        Please take notice that the above captioned action has been scheduled for a
status conference before the Honorable Kenneth M. Karas, United States District Judge, on
Monday, April 20, 2026 at 10:30 a.m.


NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code:
7702195 Please enter the conference as a guest by pressing the pound sign (#). Counsel involved
in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the
above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se
party is on the line before calling the above-referenced number. Any requests for adjournments
should be filed as soon as possible and clearly explain why the conference should be adjourned.


Dated: March 27, 2026
       White Plains, New York


                                              So Ordered

                                              _____
                                              Kenneth M. Karas, U.S.D.J